ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Robert Fried, SB # 85579, rfried@aalrr.com
Elizabeth P. Lind, SB # 142309, elind@aalrr.com
5776 Stoneridge Mall Road, Suite 200
Pleasanton, CA 94588
Telephone: (925) 227-9200
Facsimile: (925) 227-9202

Attorneys for Petitioner and Cross-Respondent
W.S.B. & ASSOCIATES, INC.

W. DANIEL BOONE, SB # 046553
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone: 510-337-1001
Facsimile: 510-337-1023

Attorneys for Respondent and Cross-Petitioner
SERVICE EMPLOYEES INTERNATIONAL UNION
LOCAL 1877

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W.S.B. & ASSOCIATES, INC., <br><br> Petitioner, <br><br> v. <br><br> SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1877, and DOES 1-10, <br><br> Respondents. <br><br> AND RELATED CROSS-PETITION | CASE NO. C08-05266 WDB <br><br> **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** <br><br> Scheduled ICMC: February 25, 2009 <br> Time: 4:00 p.m. <br> Courtroom: 4 <br> Judge: Hon. Wayne D. Brazil |

The Parties to this action have filed a Joint Initial Case Management Conference Statement stating that they will participate in a joint ADR telephone conference on Monday, February 23, 2009, at 11:30 a.m., for the purpose of scheduling a Settlement Conference before a magistrate judge, pursuant to the Stipulation to Settlement Conference in Connection with Petition to Vacate Arbitration Award, which was jointly filed with the Court on November 20, 2008.

**IT IS HEREBY ORDERED:**

To allow time for the Settlement Conference to be scheduled and conducted, the Undersigned Orders that the Initial Case Management Conference scheduled for February 25, 2009 at 4:00 p.m. will be continued to **May 26, 2009 at 3:00 p.m.** in Courtroom 4.

Counsel are Ordered to promptly notify the Undersigned in the event they discover that the newly-scheduled Initial Case Management Conference date must be adjusted to accommodate the Settlement Conference.

**IT IS SO ORDERED.**

DATE: 2/20/09

The Honorable Wayne D. Brazil