UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W.S.B. & ASSOCIATES, INC.,<br><br>　　　Plaintiff(s),<br><br>　　v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1877,<br>　　　Defendant(s). | No. C08-5266 WDB (BZ)<br><br>**ORDER VACATING SETTLEMENT CONFERENCE** |

　　You are hereby notified that the settlement conference scheduled for **Tuesday, March 17, 2009, at 9:00 a.m.**, is **VACATED.** The case has been reassigned for settlement to Chief Magistrate Judge Larson.

Dated: March 6, 2009

　　　　　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

g:\bzall\-refs\refs.09\wsb assocs.vacate.sc.wpd   1