ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Robert Fried, SB # 85579, rfried@aalrr.com
Elizabeth P. Lind, SB # 142309, elind@aalrr.com
5776 Stoneridge Mall Road, Suite 200
Pleasanton, CA 94588
Telephone: (925) 227-9200
Facsimile: (925) 227-9202

Attorneys for Petitioner and Cross-Respondent
W.S.B. & ASSOCIATES, INC.

W. DANIEL BOONE, SB # 046553
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone: 510-337-1001
Facsimile: 510-337-1023

Attorneys for Respondent and Cross-Petitioner
SERVICE EMPLOYEES INTERNATIONAL UNION
LOCAL 1877

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
5776 STONERIDGE MALL ROAD, SUITE 200
PLEASANTON, CA 94588
TELEPHONE: (925) 227-9200

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

W.S.B. & ASSOCIATES, INC.,

Petitioner,

v.

SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1877, and DOES 1-10,

Respondents.

AND RELATED CROSS-PETITION

CASE NO. C08-05266 WDB

ORDER ON

**JOINT STIPULATION TO REVISED BRIEFING SCHEDULE**

Judge: Hon. Wayne D. Brazil

Based on the discussions which took place during the telephonic Case Management Conference held on Friday, June 19, 2009 at 3:00 p.m., the Parties hereby agree to the following revised briefing schedule for cross motions for summary judgment in this matter:

(1) Motions filed and served: July 24, 2009

(2) Opposition: August 12, 2009

(3) Reply briefs: August 25, 2009

(4) Hearing date: September 9, 2009 at 2:00 p.m.

DATED: June 22, 2009

Respectfully submitted,

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: /s/ Robert Fried
ROBERT FRIED, ESQ.
Attorneys for Petitioner
W.S.B. & ASSOCIATES, INC.

DATED: June 22, 2009

WEINBERG, ROGER & ROSENFELD

By: /s/ W. Daniel Boone
W. DANIEL BOONE, ESQ.
Attorneys for Respondent
SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1877

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 6/24/2009

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Wayne D. Brazil
NORTHERN DISTRICT OF CALIFORNIA

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW